1 | Maurice VerStandig, Esq.
Nevada Bar No.: 15346
2 | THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
3 | Henderson, Nevada 89012
Telephone: (301)444-4600
4 | Facsimile: (301)444-4600
Email:  mac@mbvesq.com
5 | *Counsel for Ms. Sherman*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| ALEXANDRA SHERMAN | * |
| --- | --- |
|  | * |
| Plaintiff, | * |
|  | *  Case No. 2:23-cv-1411-RFB-MDC |
| v. | * |
|  | * |
| NCSPLUS INCORPORATED | * |
|  | * |
| Defendant. | * |
|  | * |

**<u>RESPONSE TO ORDER TO SHOW CAUSE</u>**

Comes now Alexandra Sherman ("Ms. Sherman" or the "Plaintiff"), by and through undersigned counsel, and in response to this Honorable Court's Order to Show Cause, DE #8, states as follows:

Ms. Sherman timely effectuated service of the summons and complaint herein, DE #7, and undersigned counsel was shortly thereafter contacted by counsel representing the defendant herein (the "Defendant"). As indicated in a Request for Clerk's Default, DE #9, filed of even date herewith, various procedural discussions have since been had between counsel.

Insofar as "[a] default judgment is generally disfavored because '[c]ases should be decided upon their merits whenever reasonably possible,'" *LHF Prods., Inc. v. Boughton*, 299 F. Supp. 3d 1104, 1113 (D. Nev. 2017), Ms. Sherman has previously resisted moving for entry of a clerk's



RESPONSE TO ORDER TO SHOW CAUSE - 1

1  default. And, as noted in her request of even date herewith, she will not oppose vacating any

2  ensuing default if an answer is filed in the coming week. However, she is equally cognizant that

3  this case does need to progress, and she has thusly filed her request for such a default.

4   Ms. Sherman has not, however, been dilatory in her prosecution of this suit. Service was

5  timely accomplished. Had counsel for the Defendant not made contact shortly thereafter, a default

6  would have long ago been sought. The delays herein have accordingly not been borne of Ms.

7  Sherman's failure to prosecute, Fed. R. Civ. P. 41(b), but, rather, of the logistical realities

8  correlative to knowing the Defendant is represented by counsel and knowing the Defendant is

9  thusly quite likely to defend this case. This is particularly true in light of the governing ethical

10 rules, which encourage affording opportunities to respond on the merits when it is known the

11 other party is represented by counsel. Nev. R. Prof. Conduct 3.5A.

12  WHEREFORE, Ms. Sherman respectfully prays this Honorable Court discharge the Order

13 to Show Cause and afford such other and further relief as may be just and proper.

Respectfully submitted,

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: 301-444-4600
Facsimile: 301-444-4600
Electronic Mail: mac@mbvesq.com
*Counsel for Ms. Sherman*

*[Certificate of Service on Following Page]*



RESPONSE TO ORDER TO SHOW CAUSE - 2

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2024, a copy of the foregoing was sent, via US Mail, postage prepaid, to:

>NCSPlus Incorporated
>c/o Registered Agents, Inc.
>401 Ryland Street
>Suite 200 A
>Reno, Nevada 89502

*and*

>Chad C. Butterfield, Esq.
>Wilson, Elser, Moskowitz,
>Edelman & Dicker LLP
>6689 Las Vegas Blvd. South, Suite 200
>Las Vegas, NV  89119

      /s/ Maurice B. VerStandig
      Maurice B. VerStandig

