Chad C. Butterfield, Esq.
Nevada Bar No. 10532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*NCSPlus Incorporated*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA SHERMAN,<br><br>       Plaintiff,<br><br>   v.<br><br>NCSPLUS INCORPORATED,<br><br>       Defendant. | Case No.: 2:23-cv-01411-RFB-VCF<br><br>**NCSPLUS INCORPORATED'S CORPORATE DISCLOSURE STATEMENT** |

   Pursuant to and Local Rule 7.1-1, Defendant NCSPlus Incorporated (hereinafter "NCSPlus") makes the following corporate disclosure statement:

   Pursuant to Fed. R. Civ. P. 7.1, NCSPlus discloses that it has no parent corporation and/or publicly held corporation owning 10% or more of its stock. Pursuant to Local Rule 7.1-1, the undersigned attorney of record for NCSPlus certifies that there are no known interested parties other than those participating in the case. These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

   DATED this 20th day of May, 2024.

                              **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                              BY: */s/ Chad C. Butterfield*
                                  Chad C. Butterfield, Esq.
                                  Nevada Bar No. 10532
                                  6689 Las Vegas Blvd. South, Suite 200
                                  Las Vegas, Nevada 89119
                                  *Attorneys for Defendant NCSPlus Incorporated*

1

297099557V.1

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP and that on this 20th day of May, 2024, I did cause a true copy of **NCSPLUS INCORPORATED'S CORPORATE DISCLOSURE STATEMENT** to be electronically transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Maurice VerStandig, Esq.
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV  89012
Phone: (301) 444-4600
Fax:     (301) 444-4600
mac@mbvesq.com

*Attorneys for Plaintiff*

                              BY */s/ Jillian Forrest* _____
                                  An Employee of
                                  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

297099557V.1