Maurice VerStandig, Esq.
Nevada Bar No.: 15346
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: (301)444-4600
Facsimile: (301)444-4600
Email:  mac@mbvesq.com
*Counsel for Ms. Sherman*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| ALEXANDRA SHERMAN | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No. 2:23-cv-1411-RFB-MDC |
| v. | * | |
| | * | |
| NCSPLUS INCORPORATED | * | |
| | * | |
| Defendant. | * | |
| | * | |

## NOTICE WITHDRAWING REQUEST FOR CLERK'S DEFAULT

Comes now Alexandra Sherman ("Ms. Sherman" or the "Plaintiff"), by and through undersigned counsel, and withdraws the Request for Clerk's Default, DE #9, filed of even date herewith, and notes as follows:

An answer has now been docketed, DE #11, and Ms. Sherman favors proceeding with this case on the merits.

*[Signature on Following Page]*



WITHDRAWAL OF REQUEST FOR CLERK'S DEFAULT - 1

Respectfully submitted,

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.
Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: 301-444-4600
Facsimile: 301-444-4600
Electronic Mail: mac@mbvesq.com
*Counsel for Ms. Sherman*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2024, a copy of the foregoing was served via this Honorable Court's CM/ECF system.

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig



WITHDRAWAL OF REQUEST FOR CLERK'S DEFAULT - 2