UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Alexandra Sherman,<br><br>    Plaintiff(s),<br><br>vs.<br><br>NCSPlus Incorporated,<br><br>    Defendant(s). | 2:23-cv-01411-RFB-MDC<br><br>**ORDER** |

The Court entered an *Order To Show Cause* ("OSC") because plaintiff had not advanced this case. ECF No. 8. Plaintiff filed a motion for entry of default (ECF No. 10), but then withdrew the motion (ECF No. 13) after the defendant filed an answer (ECF No. 11). Plaintiff also filed a written response to the OSC, which the Court has reviewed. ECF No. 10. Per the Clerk's entry in this case, the discovery plan/scheduling order is due by July 4, 2024. ECF No. 11.

**IT IS ORDERED** that:

1. Plaintiff has satisfied the Court's Order to Show Cause. ECF No. 8.
2. Since July 4, 2024 is a federal holiday, the parties shall filed their discovery plan/scheduling order by July 5, 2024.

Dated this 22nd day of May 2024.

                       _____
                       Hon. Maximiliano D. Couvillier III
                       United States Magistrate Judge