Chad C. Butterfield, Esq.
Nevada Bar No. 10532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*NCSPlus Incorporated*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA SHERMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>NCSPLUS INCORPORATED,<br><br>          Defendant. | Case No.:  2:23-cv-01411-RFB-MDC<br><br>**DEFENDANT NCSPLUS INCORPORATED'S RESPONSE TO ORDER TO SHOW CAUSE** |

Pursuant to this Court's Order to Show Cause filed on November 13, 2024 [ECF No. 16], Defendant NCSPlus Incorporated ("NCSPlus"), by and through its undersigned counsel, hereby represents to the Court that NCSPlus and Plaintiff, Alexandra Sherman, have reached a settlement agreement in this matter, which NCSPlus anticipates will be finalized within thirty (30) days. NCSPlus respectfully requests that this Court decline to impose sanctions on the parties and further requests the Court set a status check hearing regarding settlement, as the Court deems appropriate.

DATED this 27th day of November, 2024.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: */s/ Chad C. Butterfield*
    Chad C. Butterfield, Esq.
    Nevada Bar No. 10532
    6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, Nevada 89119
    *Attorneys for Defendant NCSPlus Incorporated*

305069585V.1

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP and that on this 27th day of November, 2024, I did cause a true copy of **DEFENDANT NCSPLUS INCORPORATED'S RESPONSE TO ORDER TO SHOW CAUSE** to be electronically transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Maurice VerStandig, Esq.
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV  89012
Phone: (301) 444-4600
Fax:    (301) 444-4600
mac@mbvesq.com

*Attorneys for Plaintiff*

                        BY */s/ Jillian Forrest* _____
                            An Employee of
                            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP