Chad C. Butterfield, Esq.
Nevada Bar No. 10532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*NCSPlus Incorporated*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA SHERMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NCSPLUS INCORPORATED,<br><br>　　　　Defendant. | Case No.:  2:23-cv-01411-RFB-MDC<br><br>**STATUS REPORT REGARDING SETTLEMENT AND DISMISSAL** |

On November 27, 2024, this Court ordered that "The parties shall file dismissal by December 30, 2024." [ECF No. 18]. Defendant NCSPlus Incorporated ("NCSPlus"), by and through its undersigned counsel, hereby represents to the Court that the parties are finalizing the settlement of this matter, which has been delayed due to the holidays and respectfully requests an additional fourteen (14) days for the parties to file the dismissal documents.

DATED this 30th day of December, 2024.

　　　　　　　　　　　　　　　　　　　　**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

　　　　　　　　　　　　　　　　　　　　BY: */s/ Chad C. Butterfield*
　　　　　　　　　　　　　　　　　　　　　　　Chad C. Butterfield, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 10532
　　　　　　　　　　　　　　　　　　　　　　　6689 Las Vegas Blvd. South, Suite 200
　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89119
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant NCSPlus Incorporated*

306372071V.1

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP and that on this 30th day of December, 2024, I did cause a true copy of **STATUS REPORT REGARDING SETTLEMENT AND DISMISSAL** to be electronically transmitted to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Maurice VerStandig, Esq.
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Phone: (301) 444-4600
Fax:    (301) 444-4600
mac@mbvesq.com

*Attorneys for Plaintiff*

                BY */s/ Chad C. Butterfield*
                   An Employee of
                   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP