Chad C. Butterfield, Esq.
Nevada Bar No. 10532
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*NCSPlus Incorporated*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRA SHERMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>NCSPLUS INCORPORATED,<br><br>        Defendant. | Case No.: 2:23-cv-01411-RFB-MDC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURAUANT TO FRCP 41(a)** |

Plaintiff, Alexandra Sherman, and Defendant, NCSPlus Incorporated, by and through their respective undersigned counsel, hereby stipulate and agree to dismiss this action with prejudice pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED: January 13, 2025

| **THE VERSTANDIG LAW FIRM, LLC** | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP** |
|---|---|
| */s/ Maurice VerStandig*<br>Maurice VerStandig, Esq.<br>Nevada Bar No. 15346<br>1452 W. Horizon Ridge Pkwy., #665<br>Henderson, NV 89012<br>Email: mac@mbvesq.com<br><br>*Counsel for Plaintiff Alexandra Sherman* | */s/ Chad C. Butterfield*<br>Chad C. Butterfield, Esq.<br>Nevada Bar No. 10532<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, NV 89149<br>Email: Chad.Butterfield@wilsonelser.com<br><br>*Counsel for Defendant NCSPlus Incorporated* |

306853311V.1