1  Chad C. Butterfield, Esq.
   Nevada Bar No. 10532
2  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   6689 Las Vegas Blvd. South, Suite 200
3  Las Vegas, Nevada 89119
   (702) 727-1400; FAX (702) 727-1401
4  chad.butterfield@wilsonelser.com
   *Attorneys for Defendant*
5  *NCSPlus Incorporated*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ALEXANDRA SHERMAN, | Case No.: 2:23-cv-01411-RFB-MDC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE PURAUANT TO FRCP 41(a)** |
| NCSPLUS INCORPORATED, | |
| Defendant. | |

Plaintiff, Alexandra Sherman, and Defendant, NCSPlus Incorporated, by and through their respective undersigned counsel, hereby stipulate and agree to dismiss this action with prejudice pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

DATED: January 13, 2025

| THE VERSTANDIG LAW FIRM, LLC | WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP |
|---|---|
| */s/ Maurice VerStandig* | */s/ Chad C. Butterfield* |
| Maurice VerStandig, Esq. | Chad C. Butterfield, Esq. |
| Nevada Bar No. 15346 | Nevada Bar No. 10532 |
| 1452 W. Horizon Ridge Pkwy., #665 | 6689 Las Vegas Blvd. South, Suite 200 |
| Henderson, NV 89012 | Las Vegas, NV 89149 |
| Email: mac@mbvesq.com | Email: Chad.Butterfield@wilsonelser.com |
| *Counsel for Plaintiff Alexandra Sherman* | *Counsel for Defendant NCSPlus Incorporated* |

306853311V.1

**ORDER**

The above stipulation of the Parties is hereby approved and entered.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

2

306853311V.1